

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-85,316-02

### EX PARTE LEROY MCDONALD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1217644-B IN THE 297TH DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three counts of sexual assault and was sentenced to two years' imprisonment in counts one and three and placed on probation for ten years in count two. The Second Court of Appeals affirmed his convictions. *McDonald v. State*, No. 02-13-00483-CR (Tex. App.—Fort Worth May 14, 2015) (not designated for publication).

Applicant contends that the State and the trial judge engaged in misconduct, trial counsel was ineffective, and exculpatory evidence shows that Applicant is actually innocent. The sentences in

counts one and three have discharged, and Applicant has not raised collateral consequences. The grounds challenging these counts are dismissed. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c). Applicant's probation in count two has not been revoked. The grounds challenging this count are dismissed. *See Ex parte Renier*, 734 S.W.2d 349, 351 (Tex. Crim. App.1987).

Filed:  July 26, 2017
Do not publish